FILED
May 07, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-mj-00041-BAM |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING SUPPLEMENTAL AFFIDAVIT |
| ESMERELDA CABRERA CEJA, | |
| Defendant. | |

The United States having applied to this Court for the Supplemental Affidavit of Nathan Blevins to be filed under seal to protect the defendant and the government's ongoing investigation,

IT IS ORDERED that the Supplemental Affidavit of Nathan Blevins filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court. This supplement affidavit shall remain sealed after the complaint is unsealed, and the government is not required to provide a copy to the defendant.

Dated: May 6, 2021

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Sealing Supplemental Affidavit          1